**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br>RICHARD JOSEPH SALEEBY & BONNIE LISA LAFLEUR SALEEBY<br>1849 WHITE PINES DRIVE<br>HARTSVILLE, SC 29550<br><br>DEBTORS | CASE NO:  07-02898/B/3<br><br>(CHAPTER 13)<br><br>TRUSTEE'S NOTICE OF UNCLAIMED DIVIDENDS |

Enclosed from the office of William K. Stephenson, Jr., Trustee for the above referenced case is check number 798859 in the amount of $2,585.52 representing monies designated as dividends to creditors or debtor refund as follows:

| CREDITOR/PAYEE | CLAIM # | REASON FOR RETURN | AMOUNT |
|---|---|---|---|
| FIRST AMERICAN INVESTMEN<br>2805 WEHRLE DR STE 11<br>WILLIAMSVILLE NY 14221 | 23 | Returned Mail | $2,585.52 |

July 20, 2012

/s/ William K. Stephenson, Jr.
William K. Stephenson, Jr., Trustee

\* If reason for return is other than those listed, please note reason.

---

(For Bankruptcy Court Use ONLY)

BANKRUPTCY TRUSEE LEDGER

TITLE:

| DATE | REFERENCE | RECEIVED | DISBURSED | BALANCE |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |